**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6209

MILFORD WASHINGTON,

Petitioner – Appellant,

v.

HAROLD W. CLARKE, Director of the Virginia Department of
Corrections,

Respondent – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Tommy E. Miller, Magistrate
Judge.  (2:10-cv-00100-RBS-TEM)

Submitted:  June 16, 2011              Decided:  June 20, 2011

Before NIEMEYER  and  GREGORY,  Circuit  Judges,  and  HAMILTON,
Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Milford Washington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milford Washington seeks to appeal the magistrate judge's report and recommendation to dismiss his 28 U.S.C. § 2254 (2006) petition. This court may exercise jurisdiction only over final orders, see 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, see 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because the magistrate judge's report and recommendation is neither a final order nor an appealable interlocutory or collateral order, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED